No. 75–442. POELKER, MAYOR OF ST. LOUIS, ET AL. *v.* DOE. C. A. 8th Cir. Motions of James R. Butler et al. and Missouri Doctors for Life for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 75–554. BEAL, SECRETARY, DEPARTMENT OF PUBLIC WELFARE OF PENNSYLVANIA, ET AL. *v.* DOE ET AL. C. A. 3d Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 74–6673. LAMPKINS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.